IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEITH JAMES,

    Petitioner,

v.

WARDEN, LEBANON CORRECTIONAL INSTITUTION,

    Respondent.

CASE NO. 2:13-CV-0734
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On December 11, 2013, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed as barred by the one-year statute of limitations under 28 U.S.C. § 2244(d). The Magistrate Judge granted Petitioner an extension of time to file his objections. *See* Doc. No. 16. Further, the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so. Nonetheless, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    IT IS SO ORDERED.

                                                                       2-6-2014
                                                    EDMUND A. SARGUS, JR.
                                                    United States District Judge