AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**KEITH JAMES,**

    **Petitioner,**

**v.**

**WARDEN, LEBANON CORRECTIONAL INSTITUTION,**

    **Respondent.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  2:13-CV-0734**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the OPINION and ORDER filed February 6, 2014, JUDGMENT is hereby entered DISMISSING this action.**

Date:  February 6, 2014          JOHN P. HEHMAN, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk